## TEXAS AND PACIFIC R'Y CO. VS. WAGNER.

Appeal from Dallas County.

*Fellow Servants.*—A section hand in the employment of a railroad company, and, at the time of an accident, returning from work on a push-car, and an engineer, in charge of a passing freight train, employed by the same company, are fellow-servants.

*Negligence—Liability of R. R. Co.*—To make the company liable to such section hand for damages resulting from the negligence of the engineer, it must be shown that the company had not used reasonable care in selecting such engineer, or that, after being informed of his incompetency he was still retained in its service.

Opinion by Hurt, J.

## GEO. GILL VS. J. M. WILSON, ET AL.

Appeal from Johnson county.

*Partnership—Estoppel.*—Where the articles of partnership contain a limit upon the price to be paid for the articles dealt in, and one partner makes a purchase for a price exceeding that limit, and the other partner, when informed of such purchase, objects, but afterwards to prevent loss of money advanced, he takes the articles and sells the same, it is held, that the latter is not thereby estopped from claiming that the former should bear the loss to the extent that he exceeded the limit in making the purchase.

*Profits.*—If one partner uses the funds of the partnership so that profits accrue therefrom, such profits belong to the partnership.

Opinion by Willson, J.